1

ROAD IMPROVEMENT DISTRICT NO. 4 OF CRITTENDEN COUNTY, ARK., et al., Plaintiffs in Error, v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. (Circuit Court of Appeals, Eighth Circuit. May 19, 1924.) No. 6562. In Error to the District Court of the United States for the Eastern District of Arkansas. L. C. Going, of Memphis, Tenn., and W. E. Beloate, of Walnut Ridge, Ark., for plaintiffs in error. E. L. Westbrooke, of Jonesboro, Ark., and W. F. Evans and M. G. Roberts, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Affirmed, with costs, without filing of opinion.

2

In the Matter of Philip SCHNITT and Samuel Brown, individually, etc., Bankrupts. Jacob Schwartz, Petitioner. (Circuit Court of Appeals, Second Circuit. October 20, 1924.) No. 13. Petition to Revise Order of the District Court of the United States for the Southern District of New York. Budd S. Weisser, of New York City, for appellant. Isidor H. Taylor, of New York City, for respondents. Before ROGERS, HOUGH and MANTON, Circuit Judges.

PER CURIAM. Order appealed from sustained, without opinion.

3

Mary O. SEYBOLD, Appellant, v. STATE SAVINGS BANK OF COUNCIL BLUFFS, IOWA, et al. (Circuit Court of Appeals, Eighth Circuit. May 1, 1924.) No. 6671. Appeal from the District Court of the United States for the Southern District of Iowa. Robert R. Troyer, of Omaha, Neb., for appellant. D. E. Stuart, of Council Bluffs, Iowa, for appellees.

PER CURIAM. Application of appellant for order granting writ of restitution, etc., denied.

4

Jacob SPANIER, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 3, 1924.) No. 77. In Error to the District Court of the United States for the Southern District of New York. Samuel W. Altman, of New York City (Milton S. Cohn and Irving D. Lipkowitz, both of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middletown, N. Y., of counsel), for the United States. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed in open court.

5

John SPARO, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6477. In Error to the District Court of the United States for the District of Nebraska. William E. Lovely, of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

6

Jean STEWART, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 18, 1924.) No. 6585. In Error to the District Court of the United States for the District of Nebraska. J. R. Lones and Vestor J. Skutt, both of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

7

Marco STRUGAR, Plaintiff in Error, v. UNITED STATES (four cases). (Circuit Court of Appeals, Eighth Circuit. May 1, 1924.) Nos. 6666–6669. In Error to the District Court of the United States for the District of Minnesota. Lundeen & Lundeen, of Minneapolis, Minn. for plaintiff in error. Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writs of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.